**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 12-1623**

————————

ESTHER LEWIS,

              Debtor - Appellant,

TIMOTHY P. BRANIGAN,

              Trustee,

        v.

NAVY FEDERAL CREDIT UNION,

              Creditor - Appellee.

————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Alexander  Williams,  Jr.,  District
Judge.  (8:12-cv-00394-AW; 11-18612)

————————

Submitted:  October 11, 2012        Decided:  October 15, 2012

————————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Esther Lewis, Appellant Pro Se.  Jeffrey Barry Fisher, Scott R.
Robinson,  FISHER  LAW  GROUP,  Upper  Marlboro,  Maryland,  for
Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Esther Lewis appeals from the district court's orders dismissing her appeal from the bankruptcy court's order lifting the automatic stay to allow foreclosure, and denying her motion for reconsideration. Lewis' appeal was dismissed after she failed, after notice, to timely file her appeal brief and designation of the record on appeal. See Fed. R. Bankr. P. 8006. We have reviewed the record and the district court's orders and find no reversible error and no abuse of discretion. See Fed. R. Bankr. P. 8001(a); In re SPR Corp., 45 F.3d 70, 74 (4th Cir. 1995); In re Serra Builders, Inc., 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED